William J. Baird, III, Baird & Baird, Pikeville, for movant.

Kelsey E. Friend, Pikeville, John Riehl, Jr., Dept. of Labor, Louisville, William L. Huffman, Workmen's Compensation Bd., Frankfort, for respondents.

## OPINION AND ORDER

The motion of Kentucky Carbon Corporation for a review of the decision of the Court of Appeals is granted.

The decision of the Court of Appeals rendered July 7, 1978, is now vacated, and this proceeding is remanded to the Court of Appeals for reconsideration in light of this court's opinion in *Transport Motor Express, Inc. v. Finn*, Ky., 574 S.W.2d 277, rendered September 19, 1978.

All concur.

DEPARTMENT FOR HUMAN RE-SOURCES, Bureau of Health Services and United States Fire Insurance Company, Movants,

v.

Supreme Court of Kentucky.

Nov. 21, 1978.

Stephen M. O'Brien, III, Lexington, for movants.

Lester Burns, Jr., Mark D. Knight, Burnside, Cyril E. Shadowen, Dept. of Labor, Louisville, Donald Campbell, Director, Workmen's Compensation Bd., Frankfort, for respondents.

## OPINION AND ORDER

The motion of the Department for Human Resources, Bureau of Health Services and United States Fire Insurance Company for a review of the decision of the Court of Appeals is granted.

The decision of the Court of Appeals rendered July 28, 1978, is now vacated, and this proceeding is remanded to the Court of Appeals for reconsideration in light of this court's opinion in *Transport Motor Express, Inc. v. Finn*, Ky., 574 S.W.2d 277, rendered September 19, 1978.

All concur.